**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PEPPER, RALPH H   § Case No. 16-26678-ABG
§
§
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $283,563.49       Assets Exempt: $45,528.97
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,367.56   Claims Discharged
Without Payment: $0.00

Total Expenses of Administration: $3,310.16

3) Total gross receipts of $ 35,753.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 11,075.77 (see **Exhibit 2**), yielded net receipts of $24,677.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,310.16 | 3,310.16 | 3,310.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,367.56 | 21,367.56 | 21,367.56 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,677.72 | $24,677.72 | $24,677.72 |

    4) This case was originally filed under Chapter 7 on August 19, 2016. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2018          By: /s/JOHN E. GIERUM
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor informed by solicitation, August 1, 2016 | 1129-000 | 35,753.49 |
| **TOTAL GROSS RECEIPTS** | | **$35,753.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PEPPER, RALPH H | First and Final Distribution | 8200-002 | 11,075.77 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$11,075.77** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 3,182.73 | 3,182.73 | 3,182.73 |
| Trustee Expenses - JOHN E. GIERUM | 2200-000 | N/A | 2.45 | 2.45 | 2.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.99 | 23.99 | 23.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.39 | 51.39 | 51.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.60 | 49.60 | 49.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $3,310.16 | $3,310.16 | $3,310.16 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,200.18 | 2,200.18 | 2,200.18 |
| 1I | Discover Bank | 7990-000 | N/A | 18.34 | 18.34 | 18.34 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 11,897.60 | 11,897.60 | 11,897.60 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 99.16 | 99.16 | 99.16 |
| 3 | U.S. Bank NA dba Elan Financial Services | 7100-000 | N/A | 7,093.16 | 7,093.16 | 7,093.16 |
| 3I | U.S. Bank NA dba Elan Financial Services | 7990-000 | N/A | 59.12 | 59.12 | 59.12 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,367.56 | $21,367.56 | $21,367.56 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-26678-ABG  
**Case Name:** PEPPER, RALPH H  

**Period Ending:** 04/17/18

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/19/16 (f)  
**§341(a) Meeting Date:** 09/23/16  
**Claims Bar Date:** 05/31/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  600 S Huntington Drive, Round Lake, IL 60073-000<br>Imported from original petition Doc# 1 | 228,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 3  Checking #9483: Libertyville Bank and Trust<br>Imported from original petition Doc# 1 | 301.91 | 0.00 | | 0.00 | FA |
| 4  Savings #7225: Libertyville Bank and Trust<br>Imported from original petition Doc# 1 | 207.61 | 0.00 | | 0.00 | FA |
| 5  Checking 1858: Citibank overdrawn checking accou<br>Imported from original petition Doc# 1 | 54.00 | 54.00 | | 0.00 | FA |
| 6  Regular and Customary Furniture, Home Furnishing<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7  TV 10 years old, DVD player, customary home elec<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 8  Usual and Necessary Wearing Apparel<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9  Northwestern Mutual Variable Whole life insuranc<br>Imported from original petition Doc# 1 | 290.00 | 0.00 | | 0.00 | FA |
| 10 Transamerica Universal Life policy. Death benefi<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 401 (k) #9486: Principal (HHGregg)<br>Imported from original petition Doc# 1 | 2,723.00 | 0.00 | | 0.00 | FA |
| 12 IRA #5002: Fidelity<br>Imported from original petition Doc# 1 | 37,029.97 | 0.00 | | 0.00 | FA |
| 13 Debtor informed by solicitation, August 1, 2016<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 35,753.49 | FA |
| 14 2014 Hyundai Veloster, 35000 miles, Estimate fro<br>Imported from original petition Doc# 1 | 11,461.00 | 0.00 | | 0.00 | FA |
| 15 2004 Chrysler PT Cruiser, 115000 miles, Estimate<br>Imported from original petition Doc# 1 | 1,576.00 | 0.00 | | 0.00 | FA |
| 16 Domestic pet cats (2), no show, breeding or resa<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-26678-ABG  
**Case Name:** PEPPER, RALPH H  

**Period Ending:** 04/17/18

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/19/16 (f)  
**§341(a) Meeting Date:** 09/23/16  
**Claims Bar Date:** 05/31/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 16 Assets Totals (Excluding unknown values) | $283,563.49 | $1,754.00 | | $35,753.49 | $0.00 |

**Major Activities Affecting Case Closing:**

Monitoring 20% probate interest, recived and TFR sent to USTEE 1/9/2018

Monitoring 20% probate interest, recived TFR sent to USTee

**Initial Projected Date Of Final Report (TFR):** December 31, 2018  **Current Projected Date Of Final Report (TFR):** December 31, 2018

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-26678-ABG  
**Case Name:** PEPPER, RALPH H  
**Taxpayer ID #:** **-***6464  
**Period Ending:** 04/17/18  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/16/17 | {13} | Ralph H. Pepper | Probate Interest | 1129-000 | 35,753.49 | | 35,753.49 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.99 | 35,729.50 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.39 | 35,678.11 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.60 | 35,628.51 |
| 03/13/18 | 101 | PEPPER, RALPH H | First and Final Distribution | 8200-002 | | 11,075.77 | 24,552.74 |
| 03/13/18 | 102 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,185.18 | 21,367.56 |
| | | | Dividend paid 100.00% on $3,182.73; Claim# ; Filed: $3,182.73      3,182.73 | 2100-000 | | | 21,367.56 |
| | | | Dividend paid 100.00% on $2.45; Claim# ; Filed: $2.45      2.45 | 2200-000 | | | 21,367.56 |
| 03/13/18 | 103 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,2I | | | 11,996.76 | 9,370.80 |
| | | | Dividend paid 100.00% on $11,897.60; Claim# 2; Filed: $11,897.60      11,897.60 | 7100-000 | | | 9,370.80 |
| | | | Dividend paid 100.00% on $99.16; Claim# 2I; Filed: $99.16      99.16 | 7990-000 | | | 9,370.80 |
| 03/13/18 | 104 | Discover Bank | Combined Check for Claims#1,1I | | | 2,218.52 | 7,152.28 |
| | | | Dividend paid 100.00% on $2,200.18; Claim# 1; Filed: $2,200.18      2,200.18 | 7100-000 | | | 7,152.28 |
| | | | Dividend paid 100.00% on $18.34; Claim# 1I; Filed: $18.34      18.34 | 7990-000 | | | 7,152.28 |
| 03/13/18 | 105 | U.S. Bank NA dba Elan Financial Services | Combined Check for Claims#3,3I | | | 7,152.28 | 0.00 |
| | | | Dividend paid 100.00% on $7,093.16; Claim# 3; Filed: $7,093.16      7,093.16 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $59.12; Claim# 3I; Filed: $59.12      59.12 | 7990-000 | | | 0.00 |

Subtotals :  $35,753.49   $35,753.49

{} Asset reference(s)   Printed: 04/17/2018 11:21 AM   V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 16-26678-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PEPPER, RALPH H | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9766 - Checking Account |
| Taxpayer ID #: | **-***6464 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/17/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 35,753.49 | 35,753.49 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 35,753.49 | 35,753.49 | |
| | | | Less: Payments to Debtors | | | 11,075.77 | |
| | | **NET Receipts / Disbursements** | | | **$35,753.49** | **$24,677.72** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9766** | 35,753.49 | 24,677.72 | 0.00 |
| | $35,753.49 | $24,677.72 | $0.00 |

{} Asset reference(s)

Printed: 04/17/2018 11:21 AM     V.13.32